BARDES et al., Respondents, v. KINKADE, Appellant. (Supreme Court, Appellate Divi-

sion, Third Department. January 4, 1911.) Action by Frederick Bardes and another against James Kinkade. No opinion. Judgment unanimously affirmed, with costs.